**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SAINTY RENEWABLE ENERGY
INVESTMENT HOLDING, INC.

            v.

ENERGY SYSTEMS & INSTALLATIONS,
INC.; BENEFICIAL HOLDINGS, INC.;
BFHJ ENERGY SOLUTIONS, LLC;
COREY C. WOLFF

PETITION OF:  COREY C. WOLFF

:   No. 772 MAL 2018
:
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.